# UNITED STATES DISTRICT COURT

_____NORTHERN_____ District of _____CALIFORNIA_____

FRANCISCA MORALEZ

                      Plaintiff (s),

V.

MARK ANTHONY DE LA O

                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:18-cv-01512-HSG

Notice is hereby given that, subject to approval by the court, __Plaintiff, Francisca Moralez__ substitutes
                                                                            (Party (s) Name)

__Zachary M. Best (Moore Law Firm, P.C.)__ , State Bar No. __166035__ as counsel of record in
(Name of New Attorney)

place of __Zachary M. Best (Mission Law Firm, A.P.C.)__ .
                        (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Moore Law Firm, P.C.
    Address:             332 North Second Street, San Jose, CA 95112
    Telephone:         (408) 298-2000       Facsimile   (408) 298-6046
    E-Mail (Optional):   service@mission.legal

I consent to the above substitution.

Date: __11/21/18__                            *Francisca Moralez*
                                                        Francisca Moralez (Nov 21, 2018)
                                                              (Signature of Party (s))

I consent to being substituted.

Date: __11/26/2018__                       */s/ Zachary M. Best*
                                                           (Signature of Former Attorney (s))

I consent to the above substitution.

Date: __11/26/2018__                       */s/ Zachary M. Best*
                                                           (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: __11/27/2018__                      *Haywood S. Gill Jr.*
                                                                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**