Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone: (408) 298-2000
Facsimile: (408) 298-6046
E-mail: service@mission.legal

Attorney for Plaintiff,
Francisca M. Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA M. MORALEZ, | No. 4:18-cv-01512-HSG |
| Plaintiff, | **STIPULATED REQUEST TO EXTEND DEADLINE TO CONDUCT MEDIATION REQUIRED BY GENERAL ORDER 56; ORDER** |
| vs. | |
| MARK ANTHONY DE LA O, | |
| Defendant. | |

Plaintiff, Francisca M. Moralez ("Plaintiff"), and Defendant Mark Anthony De La O ("Defendant," and together with Plaintiff, "the Parties"), hereby stipulate as follows:

1. This matter arises out of Plaintiff's claim that she visited property owned and/or operated by Defendant and encountered conditions which prevented her full and equal access thereto as a result of her disabilities. Plaintiff alleges that Defendant violated Title III of the Americans with Disabilities Act and related California law. This matter therefore proceeds under this District's General Order 56 and related Scheduling Order.

2. The Parties timely conducted the required joint site inspection of the subject property on August 29, 2018. When a settlement was not reached, Plaintiff filed a Notice of Need for Mediation on October 10, 2018 (Dkt. 15). On December 13, 2018, the Court

appointed mediator Robert Pohls ("the Mediator") (Dkt. 18).

3. Although not set forth in the Scheduling Order (Doc. 4), General Order 56 requires that the mediation take place "in no event later than 90 days from the Date the Notice of Need for Mediation is filed, unless otherwise ordered by the assigned judge." General Order 56, ¶ 7. Because the Notice of Need for Mediation was filed on October 10, 2018, the last date by which the mediation can take place without an Order of the Court is January 8, 2018.

4. The Parties will not be available before January 8, 2019; nevertheless, Counsel for the Parties and the mediator have agreed to extend the deadline to conduct mediation to January 25, 2019.

5. Therefore, subject to Court approval, the Parties request that the last date for the mediation required by General Order 56 be continued from January 8, 2019 to January 25, 2019.

**IT IS SO STIPULATED.**

Dated: December 21, 2018            MOORE LAW FIRM, P.C.


                                    */s/ Zachary M. Best*
                                    Zachary M. Best
                                    Attorney for Plaintiff,
                                    Francisca M. Moralez

Dated:           12/21/18            SCOTT COLE & ASSOCIATES, APC


                                    */S/ Andrew Weaver*
                                    Andrew Daniel Weaver
                                    Scott Cole & Associates
                                    Attorneys for Defendant,
                                    Mark Anthony De La O

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

                */s/ Zachary M. Best*
                Zachary M. Best
                Attorney for Plaintiff,
                Francisca M. Moralez

## **ORDER**

The Parties having so stipulated, and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the mediation mandated by General Order 56 must be completed is continued from January 8, 2019 to January 25, 2019.

**IT IS SO ORDERED**.

Dated: January 9, 2019

                                        United States District Judge