Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@moorelawfirm.com

Attorneys for Plaintiff
Francisca M. Moralez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA M. MORALEZ,

    Plaintiff,

vs.

MARK ANTHONY DE LA O,

    Defendant.

No. 4:18-cv-01512-HSG

**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT CONFERENCE UNDER GENERAL ORDER 56 AND LOCAL RULE 7-11**

    Plaintiff, Francisca M. Moralez ("Plaintiff"), reports that mediation in this matter took place on January 25, 2019. A Certification of ADR Session ("Certification") was filed on January 28, 2019 stating that the ADR process was complete and that the matter had not settled (Dkt. 23).

    Plaintiff acknowledges that General Order 56 requires her to request a Case Management Conference within seven days of the filing of the Certification; however, Plaintiff's counsel for some reason did not receive the ECF notice via email and only learned of the filing of the Certification today upon inquiring of the ADR Program Manager regarding its status.

    Therefore, pursuant to General Order 56, Paragraph 8, and Local Rule 7-11, Plaintiff respectfully requests that the Court set a Case Management Conference in this matter.

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING CASE MANAGEMENT CONFERENCE; ORDER

Page 1

Dated: March 11, 2019						MOORE LAW FIRM, P.C.

						/s/ Zachary M. Best
						Zachary M. Best
						Attorneys for Plaintiff,
						Francisca M. Moralez

## ORDER

Upon motion of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that a Case Management Conference in this matter is set for April 3, 2019, at 2:00 p.m., in Courtroom 2 located at 1301 Clay Street, Oakland, before the Honorable Haywood S. Gilliam, Jr. The Parties shall file their Joint Case Management Conference Statement no later than seven (7) days prior to the conference pursuant to, and in compliance with, Local Rule 16-9.

**IT IS SO ORDERED.**

Dated: March 12, 2019					_____
							HAYWOOD S. GILLIAM, JR.
							UNITED STATES DISTRICT JUDGE