Zachary M. Best, SBN 166035
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@moorelawfirm.com

Attorneys for Plaintiff,
Francisca M. Moralez

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCA M. MORALEZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARK ANTHONY DE LA O,<br><br>  Defendant. | Case No. 4:18-cv-01512-HSG<br><br>**PLAINTIFF FRANCISCA M. MORALEZ'S REQUEST TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE; ORDER**<br><br>Date: April 3, 2019<br>Time: 1:30 p.m.<br>Courtroom: 2 (Oakland)<br>Hon. Haywood S. Gilliam, Jr. |

WHEREAS, a Case Management Conference in this matter is set for April 3, 2019 at 1:30 p.m. before District Judge Haywood S. Gilliam, Jr.;

WHEREAS, Plaintiff Francisca M. Moralez's ("Plaintiff") counsel, Zachary M. Best, wishes to avoid the expenditure of fees and costs incident to in-person attendance at the Case Management Conference. Notably, counsel for Plaintiff is based in the Sierra Nevada Foothills and would incur fees and costs to travel 137 miles one-way (274 round-trip) driving nearly three hours (minimum) each way to get to the Court to attend in-person. Plaintiff's counsel is able and willing to appear telephonically;

WHEREAS, additionally, Plaintiff's counsel, Zachary M. Best, is currently suffering from a medical condition that prevents him from personally attending the Case Management Conference in this matter. He has consulted numerous medical professionals in an attempt to make progress, unfortunately progress has remained elusive. After several consultations with, and treatments from, medical providers, Mr. Best has been advised now that he must stay off his feet and receive further treatment, possibly including surgery, in an attempt to stabilize the situation. Mr. Best is willing to submit to the Court for *in camera* review medical documentation and a declaration confirming the specifics of his condition, but otherwise wishes to keep his medical information private and not subject to public disclosure.

WHEREAS, Plaintiff's counsel will make arrangements to appear by CourtCall for the Case Management Conference;

NOW, THEREFORE, request is hereby made that Plaintiff's counsel be permitted to appear telephonically by CourtCall at the Case Management Conference.

Respectfully submitted,

Dated: March 27, 2019               MOORE LAW FIRM, P.C.

                                    */s/ Zachary M. Best*
                                    Zachary M. Best
                                    Attorneys for Plaintiff,
                                    Francisca M. Moralez

///
///
///
///
///
///
///
///
///

# **ORDER**

Request having been made by Plaintiff to appear telephonically at the Case Management Conference and good cause appearing;

**IT IS HEREBY ORDERED** that counsel for Plaintiff, Zachary M. Best, shall appear telephonically at the Case Management Conference. Plaintiff's counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: March 28, 2019

*Haywood S. Gilliam Jr.*
United States District Judge